**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Edd C. DOUGLAS, Defendant–**
**Appellant.**

**No. 08–10809**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 14, 2010.

Edd C. Douglas, Springfield, MO, pro se.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

Edd C. Douglas, federal prisoner # 23799–077, appeals the district court's denial of his motions pursuant to 18 U.S.C. § 3582(c)(2) for a reduction of his sentence for drug trafficking conspiracy, possession with intent to manufacture and distribute cocaine, money laundering, possession with intent to manufacture and distribute cocaine base, possession with intent to distribute and distribution of cocaine base, maintaining a place to manufacture and distribute a controlled substance, and being a felon in possession of a firearm. However, Douglas died during the pen-

---

dency of this appeal. Accordingly, his appeal is dismissed as moot.

DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.